IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


Case No: 04-4351

IN RE: COLOR TILE INC.,

Debtor


MICHAEL R. BUCHANAN, OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
as Disbursing Agent Under the Plan of Liquidation (Formerly
the Official Committee of Unsecured Creditors of Color Tile
Inc., et. al.),

Appellant

v.

RELIANCE INSURANCE COMPANY; BLACKSTONE FAMILY INVESTMENT PARTNERSHIP; PILGRIM HIGH YIELD TRUST; BANKERS TRUST CO.; IDS EXTRA INCOME FUND, INC.; DAN LUFKIN; ELISE LUFKIN; NORTHERN TRUST COMPANY, AS TRUSTEE OF A MASTER TRUST FOR THE BENEFIT OF THE ALLIED SIGNAL, INC.; ALLIED SIGNAL CORP.; PRUDENTIAL HIGH YIELD FUND, INC.; PRUDENTIAL INSURANCE COMPANY OF AMERICA, AS INVESTMENT MANAGER FOR THE GENERAL MOTORS HIGH YIELD ACCOUNT; GENERAL MOTORS, General Motors High Yield Account; PRUDENTIAL SERIES FUND, INC.; RIVERSIDE CAPITAL ADVISORS, INC.; BEARS, STERNS & COMPANY, INC.; MORGAN GUARANTY TRUST CO. OF NEW YORK; ATWELL & CO; HOW & CO; KELLY & CO.; BTC US HIGH YIELD FUND; NORTHEAST INVESTORS TRUST; NORTHSTAR HIGH YIELD BOND FUND; SALOMAN BROTHERS, INC.; STATE STREET RESEARCH STRATEGIC GROWTH & INCOME FUND; STATE STREET RESEARCH INCOME TRUST; STATE STREET RESEARCH EQUITY TRUST; STATE STREET RESEARCH INVESTMENT SERVICES, INC.; STATE STREET RESEARCH GROWTH TRUST; METROPOLITAN LIFE INSURANCE COMPANY

On Appeal from the United States District Court
for the District of Delaware
District Court No. 98-cv-358
District Judge: The Honorable Sue L. Robinson

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
December 13, 2006

Before: FUENTES and SMITH, *Circuit Judges*
and YOHN, District Judge[*]

## JUDGMENT

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted on December 13, 2006. On consideration thereof, it is now ORDERED and ADJUDGED that the judgment of the District Court entered on October 6, 2004, be and the same hereby is VACATED and the case is REMANDED. All of the above in accordance with the opinion of this Court. Parties will bear their own costs.

ATTEST:

Marcia M. Waldron, Clerk

Dated: January 26, 2007

Certified as a true copy and issued in lieu
of a formal mandate on February 20, 2007.

Teste: *Marcia M. Waldron*

Clerk, United States Court of Appeals
for the Third Circuit

---

[*]The Honorable William H. Yohn, Jr., Senior District Judge for the Eastern District of Pennsylvania, sitting by designation.