OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
| Clerk | 21400 United States Courthouse | 267-299-4915 |

601 Market Street
Philadelphia PA 19106-1790

www.ca3.uscourts.gov

February 20, 2007

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801


RE: Docket No. 04-4351
    In Re: Color Tile
    No. 98-cv-00358


Dear Mr. Dalleo:

 Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

 Kindly acknowledge receipt for same on the enclosed copy of this letter.

 Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

        Very truly yours,
        MARCIA M. WALDRON
        Clerk

      By: LaToya W. Corprew
        Case Manager

Enclosure

cc:
 Brian E. Martin, Esq.
 Ian C. Bifferato, Esq.
 Joseph K. Koury, Esq.
 Paul A. Bradley, Esq.
 A. Richard Winchester, Esq.
 James J. Freebery, Esq.