IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:  Color Tile, Inc. | ) | Bk. No. 96-76 |
| | | |
| MICHAEL BUCHANAN, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 98-358-SLR |
| STATE STREET RESEARCH STRATEGIC GROWTH & INCOME FUND, et al., | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 21st day of February, 2007,

IT IS HEREBY ORDERED that a telephonic status conference shall be held on **Friday, March 9, 2007 at 8:30 a.m.** Counsel for plaintiff shall coordinate and initiate this call.

_____
United States District Judge