IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| COLOR TILE, INC., | ) | Bk, No. 96-76 |
| | ) | |
| Michael Buchanan, Official Committee of Unsecured Creditors, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 98-358-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| State Street Research Strategic Growth & Income Fund et al., | ) ) | Hearing Date: March 9, 2007 at 8:30 a.m.<br>Re: Docket No. 299 |
| | ) | |
| Defendants. | ) ) | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that pursuant to this Court's Order scheduling a telephonic status conference for Friday, March 9, 2007 at 8:30 a.m., counsel for Plaintiff, Michael R. Buchanan, Official Committee of Unsecured Creditors, hereby provides the following telephonic call-in information:

Dial In Number: 888-285-4585
Participant Code:  164386

Dated: February 27, 2007

Ian Connor Bifferato (No. 3273)
Garvan F. McDaniel (No. 4167)
BIFFERATO GENTILOTTI & BALICK
1308 Delaware Avenue
Wilmington, DE  19899-2165
(302) 429-1900 Phone
(302) 429-8600 Fax

- and -

David F. Heroy, Esq.
Brian E. Martin, Esq.
BELL, BOYD & LLOYD LLC
70 West Madison St., Suite 3300
Chicago, Illinois 60602-4207
(312) 372-1121 Phone
(312) 372-2098 Fax