IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Color Tile, Inc. | ) Bk. No. 96-76 |
| MICHAEL BUCHANAN, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 98-358-SLR ) |
| STATE STREET RESEARCH STRATEGIC GROWTH & INCOME FUND, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 14th day of March, 2007, having conferred with counsel on March 9, 2007;

IT IS HEREBY ORDERED that a telephonic status conference shall be held on **Wednesday, April 11, 2007 at 11:00 a.m.** and will include a discussion regarding the scheduling of a jury trial in the above captioned action. Counsel for plaintiff shall coordinate and initiate this call.

_____
United States District Judge