IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| COLOR TILE, INC., | ) | Bk. No. 96-76 |
| _____ | ) | |
| Michael Buchanan, Official Committee of | ) | |
| Unsecured Creditors, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 98-358-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| State Street Research Strategic Growth & | ) | Hearing Date: April 11, 2007 at 11:00 a.m. |
| Income Fund et al., | ) | Re: Docket No. 301 |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that pursuant to this Court's Order scheduling a telephonic status conference for Wednesday, April 11, 2007 at 11:00 a.m., counsel for Plaintiff, Michael R. Buchanan, Official Committee of Unsecured Creditors, hereby provides the following telephonic call-in information:

    Dial In Number: 877-807-5706
    Participant Code:  629412

Dated: March 19, 2007

                                                                                                                                   */s/*

                                         Ian Connor Bifferato (No. 3273)
                                         Garvan F. McDaniel (No. 4167)
                                         BIFFERATO GENTILOTTI LLC
                                         800 N. King Street
                                         Wilmington, DE  19801
                                         (302) 429-1900 Phone
                                         (302) 429-8600 Fax

                                         - and -

2

David F. Heroy, Esq.
Brian E. Martin, Esq.
BELL, BOYD & LLOYD LLC
70 West Madison St., Suite 3300
Chicago, Illinois 60602-4207
(312) 372-1121 Phone
(312) 372-2098 Fax