## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2007, a copy of the foregoing *Notice of Hearing* was caused to be served by first class mail and electronic mail upon the following:

Paul A. Bradley, Esq.
Maron Marvel Bradley & Anderson, P.A.
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19801
Email: pab@maronmarvel.com

A. Richard Winchester, Esq.
James J. Freebury, Esq.
McCarter & English, LLP
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899
Email: twinchester@mccarter.com
Email: jfreebery@mccarter.com

Derek C. Abbott, Esq.
William H. Suddell, Jr., Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: dabbott@mnat.com

By: _____
Ian Connor Bifferato (#3273)
Garvan F. McDaniel (#4167)
Bifferato Gentilotti LLC
800 N. King Street
Wilmington, DE 19801