IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| COLOR TILE, INC., <br> COLOR TILE HOLDINGS, INC., <br> COLOR TILE FRANCHISING, INC., <br> COLOR TILE MANUFACTURING, INC., <br> and C. TILE TRANSPORTATION, INC. <br><br> Debtors. | Case No. 96-76 (HSB) <br> through 96-80 (HSB) <br><br> Jointly Administered |
| OFFICIAL COMMITTED OF THE UNSECURED CREDITORS OF COLOR TILE, INC., et al., on Behalf of the Chapter 11 Estate of Color Tile, Inc., Color Tile Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, et al., <br><br> Defendants | Case No. 98-358 (SLR) <br><br> Adv. Proc. No. A-98-90 |

## SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW** the appearance of James J. Freebery, IV and A. Richard Winchester of McCarter & English, LLP, as attorneys for State Street Research Investment Services, Inc., State Street Research Equity Trust, State Street Research Income Trust, State Street Research Growth Trust and State Street Research Strategic Growth & Income Fund.

{99999.00936 / W0135786}                    1

**PLEASE ENTER** the appearance of Paul A. Bradley, Esquire of Maron Marvel Bradley & Anderson, P.A., for defendants State Street Research Investment Services, Inc., State Street Research Equity Trust, State Street Research Income Trust, State Street Research Growth Trust and State Street Research Strategic Growth & Income Fund.

| | |
|---|---|
| */s/ James J. Freebery, IV* | */s/ Paul A. Bradley* |
| A. Richard Winchester (DE Bar ID 2641) | Paul A. Bradley (DE Bar ID 2156) |
| James J. Freebery, IV (DE Bar ID 3498) | **MARON MARVEL BRADLEY** |
| **MCCARTER & ENGLISH LLP** | **  & ANDERSON, PA** |
| 919 N. Market Street, Suite 1800 | 1201 North Market Street, Suite 900 |
| P.O. Box 111 | P. O. Box 288 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19899 |
| | Attorney for Defendant State Street Research Investment Services, Inc., State Street Research Equity Trust, State Street Research Income Trust, State Street Research Growth Trust and State Street Research Strategic Growth & Income Fund. |
| Dated:  March 23, 2007 | Dated:  March 23, 2007 |