1

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, do hereby certify that on this 23rd day of March 2007, a copy of the foregoing Substitution of Counsel was served via First-Class mail upon all counsel of record.

                        **MARON MARVEL BRADLEY**
                           **& ANDERSON, P.A.**

By:  /s/ Paul A. Bradley
       Paul A. Bradley (DE ID No. 2156)

**MCCARTER & ENGLISH LLP**
A. Richard Winchester
James J. Freebery, IV
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware 19899

**BIFFERATO, GENTILOTTI & BALICK, P.A.**
Ian Connor Bifferato
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE  19899-2165

1