IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| COLOR TILE, INC., | ) | Bk. No. 96-76 |
| | ) | |
| Michael Buchanan, Official Committee of Unsecured Creditors, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 98-358-SLR |
| | ) | |
| v. | ) ) | |
| State Street Research Strategic Growth & Income Fund et al., | ) ) ) | Hearing Date: April 17, 2007 at 8:15 a.m. |
| | ) | |
| Defendants. | ) ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the telephonic status conference, which was originally scheduled for Wednesday, April 11, 2007 at 11:00 a.m., has been rescheduled to Tuesday, April 17, 2007 at 8:15 a.m. Counsel for Plaintiff, Michael R. Buchanan, Official Committee of Unsecured Creditors, hereby provides the following telephonic call-in information:

    Dial In Number: 877-807-5706
    Participant Code: 629412

Dated: April 12, 2007

                                        Ian Connor Bifferato (No. 3273)
                                        Linda Richenderfer (No. 4138)
                                        Garvan F. McDaniel (No. 4167)
                                        BIFFERATO GENTILOTTI LLC
                                        800 N. King Street
                                        Plaza Level
                                        Wilmington, DE 19801
                                        (302) 429-1900 Phone
                                        (302) 429-8600 Fax

- and -

David F. Heroy, Esq.
Brian E. Martin, Esq.
BELL, BOYD & LLOYD LLC
70 West Madison St., Suite 3300
Chicago, Illinois 60602-4207
(312) 372-1121 Phone
(312) 372-2098 Fax