# BIFFERATO GENTILOTTI LLC
*Attorneys at Law*

800 N. KING STREET
PLAZA LEVEL
WILMINGTON, DE 19801

(302) 429-1900
DIRECT DIAL: (302) 429-0907
TELECOPIER: (302) 429-8600

WRITER'S E-MAIL: GFM@BGBDE.COM

May 18, 2007

**VIA HAND DELIVERY**
**& E-FILE**
The Honorable Sue L. Robinson
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

     RE:    ***In Re Color Tile, Inc.; Michael Buchanan, Official Committee of Unsecured Creditors v. State Street Research Strategic Growth & Income Fund et al.***
            ***Civ. No. 98-358- SLR***

Dear Chief Judge Robinson:

     Please allow this correspondence to serve as the parties' thirty day status report pursuant to the Court's April 17, 2007 Order (the "Order"). The parties have agreed to mediate this matter and have further discussed the pool of potential mediators. The parties will have an agreed mediator by the end of next week, May 25, 2007. It is the parties' intention to have the matter mediated by the end of the summer.

     Unless the Court directs otherwise, the parties will submit a further status report within 30 days, which should confirm a mediation date or that the mediation has by that time occurred.

     Counsel is available at the convenience of the Court, should the Court have any questions or concerns.

                                                    Respectfully Submitted,

                                                  Garvan F. McDaniel

cc:     Paul Bradley
          Brian Martin