# BIFFERATO GENTILOTTI LLC
*Attorneys at Law*

800 N. KING STREET
PLAZA LEVEL
WILMINGTON, DE 19801

(302) 429-1900
DIRECT DIAL: (302) 429-0907
TELECOPIER: (302) 429-8600

WRITER'S E-MAIL: GFM@BGBDE.COM

June 25, 2007

**VIA HAND DELIVERY**
**& E-FILE**
The Honorable Sue L. Robinson
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801

> RE:   *In Re Color Tile, Inc.; Michael Buchanan, Official Committee of Unsecured Creditors v. State Street Research Strategic Growth & Income Fund et al.*
> *Civ. No. 98-358- SLR*

Dear Chief Judge Robinson:

Please allow this correspondence to serve as the parties' sixty day status report pursuant to the Court's April 17, 2007 Order (the "Order"). The parties have selected William H. Sudell, Jr. as the mediator. Mediation is scheduled for August 2, 2007.

Unless the Court directs otherwise, the parties will submit a further status report upon the completion of the mediation.

Counsel is available at the convenience of the Court, should the Court have any questions or concerns.

Respectfully Submitted,

Garvan F. McDaniel

cc:   Paul Bradley
      Brian Martin