# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

William H. Sudell, Jr.
302 351 9284
302 425 4685 Fax
wsudell@mnat.com

August 2, 2007

**HAND-DELIVERED:**

The Honorable Sue L. Robinson
United States District Judge
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Room 6124
Wilmington, DE 19801

Re: *In re Color Tile, Inc.; Michael Buchanan, Official Committee of Unsecured Creditors v. State Street Research Strategic Growth & Income Fund, et al.*, Case No. 98-358-SLR

Dear Judge Robinson:

The parties to the referenced action asked that I write to inform Your Honor that as the result of a mediation today, at which I served as the mediator, the parties have reached an agreement to settle the matter. Following the execution of a formal settlement agreement, the parties contemplate promptly filing a stipulation of dismissal with prejudice.

If Your Honor has any questions concerning any of the above, please do not hesitate to contact me.

Respectfully Yours,

William H. Sudell, Jr.

WHS/clh

cc: Clerk of the Court
 Ian Connor Bifferato, Esquire
 Paul A. Bradley, Esquire

1094052