IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE COLOR TILE, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| MICHAEL R. BUCHANAN, as | ) | |
| Disbursing Agent Under a Plan of | ) | Chapter 11 |
| Liquidation (formerly the OFFICIAL | ) | |
| COMMITTEE OF UNSECURED | ) | Case Nos. 96-76 |
| CREDITORS OF COLOR TILE, INC., | ) | through 96-80 inclusive |
| *et al.*, on Behalf of the Chapter 11 estates | ) | (Jointly Administered) |
| of Color Tile, Inc., and Color Tile | ) | |
| Holdings, Inc., et al.), | ) | Adversary Proceeding No. A-98-90 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 98-358-SLR |
| | ) | |
| STATE STREET RESEARCH EQUITY | ) | Honorable Sue L. Robinson |
| TRUST, STATE STREET RESEARCH | ) | |
| INCOME TRUST, STATE STREET | ) | |
| RESEARCH GROWTH TRUST, STATE | ) | |
| STREET GROWTH & INCOME FUND | ) | |
| and STATE STREET RESEARCH | ) | |
| INVESTMENT SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER OF DISMISSAL

Comes now Plaintiff, Michael R. Buchanan, as Disbursing Agent under a Plan of

Liquidation (formerly the Official Committee of Unsecured Creditors of Color Tile, Inc., *et al.*

on behalf of the Chapter 11 Estates of Color Tile, Inc., and Color Tile Holdings, Inc., *et al.*)

(hereinafter "the Plaintiff") and files this Stipulation and Order of Dismissal in order to dismiss

its Second Amended Complaint with respect to Defendants State Street Research Equity Trust,

State Street Research Income Trust, State Street Research Growth Trust, State Street Growth &

Income Fund And State Street Research Investment Services, Inc. (hereinafter referred to

collectively as "SSR Defendants"). The Plaintiff's claims against said SSR Defendants have

been fully compromised and settled.    The dismissal of the Plaintiff's Second Amended

Complaint with respect to SSR Defendants shall be with prejudice, with each party responsible

for its own fees and expenses.

Agreed to and Accepted:

Dated:  October **16** , 2007

Plaintiff, MICHAEL R. BUCHANAN, as
Disbursing Agent Under a Plan of Liquidation
(formerly THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF COLOR TILE,
INC., *et al.*, on Behalf of the Chapter 11 Estates of
Color Tile, Inc., and Color Tile Holdings, Inc., et
al.)

By: _A. McDaniel Gafan_ (4167) and      Brian E. Martin
       Ian Connor Bifferato (#3273)              BELL, BOYD & LLOYD LLP
       BIFFERATO GENTILOTTI LLC              70 W. Madison Street, Suite 3100
       800 N. King Street                              Chicago, Illinois  60602-4207
       Plaza Level                                        Phone:  (312) 372-1121
       Wilmington, Delaware  19801
       Phone:  (302) 429-1900


Defendants, STATE STREET RESEARCH
EQUITY TRUST, STATE STREET RESEARCH
INCOME TRUST, STATE STREET RESEARCH
GROWTH TRUST, STATE STREET GROWTH &
INCOME FUND and STATE STREET
RESEARCH INVESTMENT SERVICES, INC.

By: _____
       Paul A. Bradley
       Maron Marvel Bradley & Anderson, P.A.
       1201 North Market Street, Suite 900
       Wilmington, Delaware  19899-0288