IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE COLOR TILE, INC., *et al.*, | ) |
| Debtors. | ) ) ) |
| MICHAEL R. BUCHANAN, as Disbursing Agent Under a Plan of Liquidation (formerly the OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF COLOR TILE, INC., *et al.*, on Behalf of the Chapter 11 estates of Color Tile, Inc., and Color Tile Holdings, Inc., et al.), | ) ) ) ) ) ) ) ) ) Chapter 11<br><br>Case Nos. 96-76 through 96-80 inclusive (Jointly Administered)<br><br>Adversary Proceeding No. A-98-90 |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 98-358-SLR |
| STATE STREET RESEARCH EQUITY TRUST, STATE STREET RESEARCH INCOME TRUST, STATE STREET RESEARCH GROWTH TRUST, STATE STREET GROWTH & INCOME FUND and STATE STREET RESEARCH INVESTMENT SERVICES, INC., | ) ) ) ) ) ) ) ) Honorable Sue L. Robinson |
| Defendants. | ) |

**ORDER GRANTING STIPULATION**
**OF DISMISSAL**

The Court having considered the Stipulation of Dismissal between the parties;

**IT IS HEREBY ORDERED** this ____ day of _____, 2007 that the Stipulation is approved and the dismissal of Plaintiff's Second Amended Complaint with respect to Defendants State Street Research Equity Trust, State Street Research Income Trust, State Street Research Growth Trust, State Street Growth & Income Fund and State Street Research Investment Services, Inc. shall be with prejudice, with each party responsible for its own fees and expenses.

3

> _____
> The Honorable Sue L. Robinson,
> United States District Court Judge

4