IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Color Tile, Inc. | ) | Bk. No. 96-76 |
| | | |
| MICHAEL BUCHANAN, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 98-358-SLR |
| STATE STREET RESEARCH STRATEGIC GROWTH & INCOME FUND, et al., | ) ) ) ) | |
| Defendants. | ) | |

## RETURN OF TRIAL EXHIBITS

The Clerk of Court hereby returns defendant State Street Research's trial exhibits, as listed on the attached Exhibit and Witness List, to counsel or his representative.

**Receipt of the exhibits is acknowledged by:**

X *Brandon Stewart*
For Paul Bradley, Esq.

Date: 7/18/08

Returned by: _____, Deputy Clerk