IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Color Tile, Inc. | ) | Bk. No. 96-76 |
| | | |
| MICHAEL BUCHANAN, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 98-358-SLR |
| STATE STREET RESEARCH STRATEGIC GROWTH & INCOME FUND, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

### RETURN OF TRIAL EXHIBITS

The Clerk of Court hereby returns plaintiff's trial exhibits, as listed on the attached Exhibit and Witness List, to counsel or his representative.

Receipt of the exhibits is acknowledged by:

_____
For Ian Conner Bifferato, Esq.

Date: 7/21/08

Returned by: _Schitty Floda_____, Deputy Clerk